# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JESUS AGUILAR RAMIREZ,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:12-cv-00187-RDP-JEO |
| | ) |
| **JEFFERSON COUNTY SHERIFF'S** | ) |
| **DEPARTMENT, et al.,** | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM OF OPINION**

The Magistrate Judge filed a Report and Recommendation on July 3, 2012, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. (Doc. 16.) On July 12, 2012, Plaintiff filed a response in which he states, "I sincerely agree with the Recommendation that this complaint be dismissed as failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1)." (Doc. 18.)

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation and Plaintiff's response thereto, the court is of the opinion that the Magistrate Judge's Report is due to be and is hereby **ADOPTED** and the Recommendation is **ACCEPTED**.  Accordingly, the complaint

is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted.  A Final Judgment will be entered.

**DONE** and **ORDERED** this ___26th___ day of July, 2012.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE